394

64 A.3d 626

COMMONWEALTH of Pennsylvania, Pennsylvania Human Relations Commission o/b/o Robin Garner, Appellants,

v.

John SMOCZYLO, Appellee.

Supreme Court of Pennsylvania.

March 25, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of March, 2013, the Orders of the Commonwealth Court are hereby AFFIRMED.